# BLANKROME

1201 N. Market Street | Suite 800 | Wilmington, DE 19801
blankrome.com

| *Phone:* | *(302) 425-6400* |
| *Fax:* | *(302) 425-6464* |
| *Email:* | *lorenzo.thomas@blankrome.com* |

October 21, 2025

**_VIA ELECTRONIC CASE FILING_**
The Honorable Richard G. Andrews
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801

> Re:   ***Iron Horse Credit LLC v. Shock Group Trust***
> **Case No. 1:25-cv-01134-RGA**

Dear Judge Andrews:

Our office represents Plaintiff Iron Horse Credit LLC in the above captioned matter.  This letter is to respond to the Court's October 20, 2025 Oral Order for a status letter.

The parties are engaged in direct settlement negotiations.  As a result, Plaintiff has not moved for entry of a default yet, but will do so within 14 days if a settlement is not reached.

We are available at the Court's convenience to address any questions or concerns that the Court may have regarding this matter.

Respectfully Submitted,

*/s/ Lawrence R. Thomas III*
Lawrence R. Thomas III (No. 6935)